AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

#2021019893

Rashard S. Oliphant

_____
Petitioner

1). LENNY CURRY, (MAYOR)
2). MIKE WILLIAMS (SHERIFF)
3). ARMOR CORRECTIONAL HEALTH
SERVICES (RESPONDENTS)

Case No. 3:22 CV 201·HLA-LLL

(Supplied by Clerk of Court)

_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.  (a) Your full name:
    (b) Other names you have used: N/A
2.  Place of confinement: Duval County Jail Pre-Trial DETENTION
    (a) Name of institution: PDF
    (b) Address: 500 E. ADAMS ST. Jacksonville, Fl. 32202

    (c) Your identification number: #2021019893
3.  Are you currently being held on orders by:
    ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:
    Serving a 9 months Sentence in County Jail Trustee
4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: Duval Co. Circuit Court
    MM Division 501 W. Adams ST, JAX, Fl. 32202
    (b) Docket number of criminal case:
    (c) Date of sentencing: 11/22/2021
    ☐ Being held on an immigration charge
    ☐ Other (explain):

    N/A

**Decision or Action You Are Challenging**

5.  What are you challenging in this petition: Unconstitutional Living Condition
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

FILED
2022 FEB 22  PM 12: 36
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain):* UNLawful Living condition in Jail of Duval County.

*N/A*

6.    Provide more information about the decision or action you are challenging:
      (a)  Name and location of the agency or court: Duval Co. Jail Pre-Trial Detention Facility.
      (b)  Docket number, case number, or opinion number:
      (c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

*N/A*

      (d)  Date of the decision or action: 1/18/2022

**Your Earlier Challenges of the Decision or Action**

7.    **First appeal**
      Did you appeal the decision, file a grievance, or seek an administrative remedy?
      ☐ Yes      ☒ No  Refiling on Standard form
      (a)  If "Yes," provide:
           (1)  Name of the authority, agency, or court:

           (2)  Date of filing: 1/11th/2022
           (3)  Docket number, case number, or opinion number:
           (4)  Result: Order of Dismissal Without Prejudice
           (5)  Date of result: Jan. 20th/2022
           (6)  Issues raised: IN Humane/Unsafe/over Crowded Living Condition, NO working Vent, INadequate medical STAFFing AND poor INTAKE Screening/Denied Treatment.

      (b)  If you answered "No," explain why you did not appeal:
           Was/not Told to Appeal, only to Resubmit within 14 days. Denied Without prejudice

8.    **Second appeal**
      After the first appeal, did you file a second appeal to a higher authority, agency, or court?
      ☐ Yes      ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a)  If "Yes," provide:

        (1)  Name of the authority, agency, or court:

        (2)  Date of filing:

        (3)  Docket number, case number, or opinion number:

        (4)  Result:

        (5)  Date of result:

        (6)  Issues raised:

    (b)  If you answered "No," explain why you did not file a second appeal:

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☐ No

    (a)  If "Yes," provide:

        (1)  Name of the authority, agency, or court:

        (2)  Date of filing:

        (3)  Docket number, case number, or opinion number:

        (4)  Result:

        (5)  Date of result:

        (6)  Issues raised:

    (b)  If you answered "No," explain why you did not file a third appeal:

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☐ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        If "Yes," provide:
        (1)  Name of court:
        (2)  Case number:
        (3)  Date of filing:
        (4)  Result:
        (5)  Date of result:
        (6)  Issues raised:

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❐ Yes        ❐ No

If "Yes," provide:
(1)  Name of court:
(2)  Case number:
(3)  Date of filing:
(4)  Result:
(5)  Date of result:
(6)  Issues raised:

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
❐ Yes        ❐ No

    If "Yes," provide:
(a)    Date you were taken into immigration custody:
(b)    Date of the removal or reinstatement order:
(c)    Did you file an appeal with the Board of Immigration Appeals?
    ❐ Yes        ❐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1)  Date of filing:
(2)  Case number:
(3)  Result:
(4)  Date of result:
(5)  Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?
   ❐ Yes       ❐ No
   If "Yes," provide:
   (1)  Name of court:
   (2)  Date of filing:
   (3)  Case number:
   (4)  Result:
   (5)  Date of result:
   (6)  Issues raised:

12.    **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❐ Yes      ❐ No
If "Yes," provide:
(a)  Kind of petition, motion, or application:
(b)  Name of the authority, agency, or court:

(c)  Date of filing:
(d)  Docket number, case number, or opinion number:
(e)  Result:
(f)  Date of result:
(g)  Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** INHUMANE, UNSAFE / OVER CROWDED LIVING CONDITION, NO WORKING VENT IN PDF JAIL BASEMENT WHERE TRUSTEES HOUSED UNCONSTITUTIONAL VIOLATES 8th/14th Amend. Rights.

(a) Supporting facts (Be brief. Do not cite cases or law.):

See Supporting facts Attached as ground #1 facts stated Pages #2-4 and paragraphs #1-9(A).

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes          ☐ No          This is not an Appeal

**GROUND TWO:** INADEQUATE medical STAFFING AND POOR INTAKE SCREENING / DENIED TREATMENT Needed / prescribed.

(a) Supporting facts (Be brief. Do not cite cases or law.):

10) Petitioner, asserts he entered into Duval Co. Jail Pre-Trial facility ON 9/21/2021 upon

See Attached pages 4-11 And parag's #10-16

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes          ☐ No

**GROUND THREE:** No Working VENTITATION TO Recycle The Air, Constitutes UNSAFE / Inhumane Living Condition, Violates the 8th/14th Amendment Rights

See Supporting facts pages #12-14, parag's #17-A-D

(a) Supporting facts (Be brief. Do not cite cases or law.): The VENTS in all 3 dorms in the Basement LL-1-2&3 is No Ducts Connected to the vents to Recycle the air, and all 82 inmates in each breathing the same stall infected air, which cause them to be sick with Cov. and bad colds, and head/noses stay stopped up.

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: Black Mold, In kitchen At Jail where food being Served, Black mold on vents water Leeks from Black mold around vents on food being Served to inmates See Sample of Black mold Ex. (B).

(a) Supporting facts (Be brief. Do not cite cases or law.): Attached to 1983 complaint Mailed 1/31/22 The Black mold in food Service is Causing Inmate working in it Respiratory Illness, and is Not healthy for inmates food to be prepared/served to eat we are all Scared of the Black mold Causing Serious medical health problems See Black mold Samples Attached to Civil complaint Dated 1/31/22 See Exhibit (B) Attached to 1983 mailed to you 1/31/22

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☒ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: This is Not an appeal this is Re-Fileing as the Court Judge So Ordered in Order 1/18/2022 was dismissed without Prejudice to refile on proper file provided by the court clerk as ordered by Judge.

**Request for Relief**

15.  State exactly what you want the court to do: Petitioner, Respectfully Prays the following (ORDERS). (1) Directing EAch Respondent Named in Petition to Immediately Remedy the unsafe, over crowded, Inhumane and unconstitutional Living Condition for Inmates in P.D.F. Duval county Jail Pretrial Detention facility on all floors even Trustees Quaters LL-1-283 where more than designed to accommodate based on tables/Seats to Set and eat (2) Reduce the Jail population, and have only the Number of inmates designed to accommodate by Number of tables/Seats to eat, (3) Remove all Boat Beds from every day Room Floor on every floor/cell Black Immediately. (4) And to provide Vent Ducks workable ventilation's in all Dorms where inmates in pretrial status as well as Trustees At LL-1-283 Status, that will recycle Frish air and Circulates the air as designed for healthy breathing/air.
(5) Petitioner, Prays for an (Order) directing Both Respond-sheriff / Mayor to "Immediately"(Order) Respondants to Insure that their Contracted Health Care Provider at Jail (Armor Correctional Health, Inc) to Retest each and every inmate for Cov. as Required Since medical



CONTINUES

Page 8 of 9

has fail to Properly test (Randy Johnson) for
COV, and there by Subjected each Inmate in
3E-4A to be exposed to COV. Now as a result Alm-
ost all the Jail is infected under COV. And has
either "Yellow or Red Signs taped on the cell's
Blocks/or Dorm's Doors."

#(6) To have inmate, Rian Baylock # 282621396
tested and treated for (TB) and all inmates in
3E-4A who has been Exposed to (TB) by Baylock
medical file being Red Flaged for having (TB)
(Let the Record Reflects) Such failure by medical
Staff for "ARMOR Correctional Health, INC." hired
by Respondants to provide medical care to it's
Inmates, has violated petitioner's Rights to Due
Process, and Inflicted Cruel/Unusual Punishment
Upon petitioner, and other inmates in violation to
to 8th/14th Amendment Right's. A Fundamental guara-
Nteed Right and acted with Deliberate Indiffer-
ence, to these rights/Safety as well as wellbeing.
Respondants, Sheriff/Mayor Owes Petitioner/its
Inmates helded under their (Care, Custody/
Control) the duty to provide/or ensure A Health
Care Provider will insure inmates be safe from
Such Spreading of Such Life threating Danger
of Diseases
#(7) To (ORDER) Respondants Sheriff/Mayor, to ens-
ure their Health Care Provider (Armor Correct-
ional Health INC) to provide Inmates with A
Sick Call Request form, which will be complete
With a Copy attach to it that will Provide
the inmate with a copy receipt as evidence

page 8(A)
(26)

that they filed a Sick Call Request (Imme-
diately) with out delay of any kind,
And to post a (MEMO) to such effect for
all inmates to see/Read, without such
being corrected will be a denial of A
meaningful access to the court if needed
to be (Shall have A Yellow Copy attached for inmate.)
                                                            see Exhibit(A)

#8) To (Order) that Respondant's, Sheriff, Mayor,
their Hired Health Care Provider ARmor
Correctional Health, ING. will insure that
Health Care STAFF's employee's Nurses will Pro-
vide Inmates with Needed Health Care,
And Adequate Medical Care /treatment for
their medical condition Seen/made
Known to Health Care Staff's,

#9) To issue (ORDER) Removing "ARmor Health
Care Services from P.D.F. Jail," And Issue
ORder directing ARmor Health Care Services
to Hire adequate medical Staffing for Jail
(b) to Care for 3000 inmates Immediately,
And OR (ORder) Respondant's, Sheriff/Mayor
(c) to demand Health Care Provider to Employ
adequate Staffing, and meet the State Health
requirements Standard's Immediately (OR)
forfit contract for Services at PDF
Immediately.

#10) To (ORder) Respondants, to have all Black mold
(A) In food Service Kitchen Removed Immediately,
And until Such is done have Inmates food Prepaired
some place else And Served to Inmates.

(17)

page 8(b)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

*2/17/ 2022 at   8:57 (AM)*
*2/17/ 2022*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *2/17/ 2022*

*Rushard S. Oliphant*
*Rashard S. Oliphant*
Signature of Petitioner

*(Pro-se)  Rashard D Oliphant*
Signature of Attorney or other authorized person, if any

*Craig Tuce  # 2021021746*
*Tony L Williams Jr  2021022224*
*Dwayne Edmund Brown 2021024433*
*Donnell xavier moultry 2021016428*
*Shawn Martin # 2021024582*

GROUND # 1

SUPPORTING FACTS

# #1 "OVER CROWDED LIVING CONDITION"

1). Petitioner, is currently an inmate housed in the Duval Co. Jail Pretrial Detention Facility, and has been since 9/21/21 housed in 3E-4A-77 Cell block on the 3rd Floor.

2. Petitioner, asserts there is (11) boat beds spreaded out in the Day Room Eating/ setting also walking area with almost No Room to WaLK. violates 14th/8th amend. Rights

3. Petitioner, asserts it is (11) inmates sleeping and living in the Day Room area in Boat Beds. violates Fundamental Rights. see ~~░░░░░░░░░░░░░░░░░░░░░░~~

4. Petitioner, states there is No room for inmates to be able to walk around in the Day room hardly due to the over crowded living condition of the (11) boat Beds spreaded out. unsafe to walk/causing confusing and fights, as a result of other inmates walking to close to one's Boat Bed, and they're laying sleep. Causeing undue Hardship/stress in violation to 14/8th amend.

5. Petitioner, asserts there is ② cell's that is broken in this Pod 3E-4A cell's #73, 81 each cell holds ③ inmates, it's ③ bunks beds in each cell, These Two cells are out of order/closed, and have been for months now, and not repaired to be re-open, which contributes to this over crowed living condition of boat beds in the Day Room. "Some what"

9

3

6). Petitioner, states the total capacity of the cell block is to be (24) it is (31) over-capacity it is therefore (11) inmates in Boat Beds Sleeping in the Day Room area. Taking up Day Room Space for eating setting and walking Space. which cause/Create's Tension between inmates. due to Limited Space. for movement to walk around. "THE Cell's are 10x16 designed for ONLY (2) inmates yet they houses (3) in each cell."

7) Petitioner, asserts that on all floor's and every cell block there is boat beds in the Day Room area which is unconstitutional/unsafe Living condition, also INHUMANE condition. There shall be A Ecll and a bunk bed in the cell for each inmate. to be housed and assigned to, Here the cell blocks are all over Crowded, and Violates Due Process/is Cruel/unusual Punishment.

8) Petitioner, states that in his block 3E-4A there is 6 Tables for eating, which Contains 4 Seats for setting at each Table.

A) The cell Block 3E-4A has 12 cell's for which are designed to only house 2 inmates in each cell and Not 3 as Respondant's has been doing, and there in violateing the space designed for each inmate due to OverCrowding. With 3 inmates in each cell. (Let Record reflect)

3    12

9) Petitioner contends there is (13) inmates in 3E-4A cell block totaling (37) inmates which is (13) inmates over the "maximum" (capacity) of 24 inmates as designed by the building Plan and shown by the amount of eating/seating designed. This constitutes/shows overcrowded Living and eating space. Inmates has to set on "Toilet" and the floor to eat there tray because there. is no Table/Seating for 13 other inmates. (Let the record reflect).

A) Petitioner, asserts there is absolutely no disputed or disputable facts stated here in by (Respondent's) as to the over crowding in each cell block cell's/Day Room area on each and every floor here at this Jail Pre-Trial Detention facility. Which violates Petitioner's Right's under 8th/14th Amendment of the U.S. Constitution. And constitutes Cruel/unusual punishment as well as Due Process rights guaranteed to him. See ~~Bell v.~~ ~~Wolfish (supra) 441 U.S. at ____ S.ct at 1015~~

4       B

GROUND # 2 Supporting
FACTS

#2" INADEQUATE MEDICAL STAFFING AND
   POOR INTAKE SCREENING/DENIED TREATMENT

10). Petitioner, asserts he entered into Duval Co.
Jail Pre-Trial facility on 9/21/2021, Upon

♥ ③

⑭

arival at Shate Down entrance, Officer took the prescribed medication for (V D) Comitia Disease which Dr. had tested and discovered Petition was infected with the SEXUAL transmitted Desiese.

A). Petitioner, repeated told Officer to give his medications to medical so he could have to cure him. Still throw it in the trash and told Petitioner that to tell medical and they will prescribe their medications.

II) Petitioner, proceeded on to medical Intake to be screened.

When Nurse on Duty called his name. to come in and be seated.

Petitioner, told (Nurse) about he had 2 days prior to Arrest was Diognosed with VD a Sexual Transmitted Disease Call (Comitia) and was given ② shots in his hip's, and prescribed medications to take for 7 days ② pill's twice Daily.

Petitioner, told Nurse that Officer's took the medications and throwed them both in the trash con.

A) Petitioner, also told Nurse that his Pharmacy was (CVS) on connon of Lane Ave. And Normandy Blvd. in Jax, Fl. ⑮

and told (Nurse) She could call the (Pharm-
acy) and get the Name of the ② medications.
Nurse took petitioner blood pressure
and had him to get on the scale and get
his weight "She Stated She was tied/sleepy"
No blood Nor urine. samples was.
taken, Nurse swabed petitioner's nose
for Cov. testing. There was No other
procedure done, and Petitioner was
given a Bed Roll and sent Up stairs to
population for housing "She Stated they are
for understaffed.and over worked."

12) Approx. 11/ /2021. Petitioner, was (findally)
called out to go to M-2 medical Dept. af-
ter Petitioner, had wrote a Number of Sick
Call Request's and submitted a couple of
Medical Grivances about this (VD) matter,
telling medical that his penis was burning.
bad every time he use the bath room to
"Urinate" it hurts, and Nothing was ever
done; was given a Closed ear/mind (it took 7 months)
   Upon reaching medical, I was directed
to the (Lab) Station door. When called in
the Lady said "I was there to take blood
and give a urin sample, I gave both.
NUASC Stated that they are understaffed/overworked.")
A) Approx ONe Wk Later I was called back"

(m-2) medical and went to the (Lab) section again. At which time the Nurse told me that my (Lab) work tested Positive for "Syphulis" and gave me (2) shots in my hip one in each hip "(No medications to follow was prescribed.)"

B)      I told her that over 2 months ago I was tested positive for (VD) Comidia disease, and was given (2) shots and medications was Prescribed to take for 7 days I had Just got the medications 2 days Prior to Coming to Jail, I had these (2) medications on me when came to Jail they took them from me when coming in and thrower them in the trash can, and was told medical would Prescribe their meds which I Never got to this Day.

C)      The Nurse Said then it turned and "Developed" into "Syphulis" because you Never completed the treatment prescribed. I told her I could Not because the officer had took both medications from me at shake down coming in the Jail on 9/21/21 (Let the record Reflect). And Stated for 2nd time they (or) over worked under staff".

13)   Petitioner, asserts that the Sick Call Request Slip's provided to Inmate's are defective / In complete as well as misleading for it does Not come with the Yellow Copy

7   (17)

as Stated below at the bottom of ~~EXHIBIT~~ (A).
(Let the Record reflect) it states the
White copy — is for the inmate medical
file, and yellow Copy — for Inmate.

A). There is only "ONE" page of the
Sick call Request (Let Record Reflect)
See Exhibit (A) ARmor Correctional "Nurses"
Health, INC (ARE ALSO Under STAFFed Not Enough).

b). I have contacted the Provider
Head Quater about this, on 11/11/21
but no Respond as yet. also I con-
tacted them about being Retested
for Cov. after their Nurses here
fail to have tested (Randy Johnson)
who tested postive for Cov. At
STands Hospital Approx. 11/5/21 (Let
record reflect) Subjected all inmates
to be exposed to Cov by Nurses
gross Careless + Negligence in Intake
Screening, "Constitutes Denial of Treatment"
14th /8th Amend. Violation of his Rights.

14)   Petitioner States even further Reck-
Less + Negligence by Nurse's OF Health
Care Provider Hired by "Respondants".
To provide medical Care Servvices
to the inmates in their Care, Custody
and Control.

8         (18)

A). Petitioner, states the medical Department here at Jail. Pre-trial Detention Facility fails to "adequately" screen inmates coming in for Communicable diseses / Cov. 19. For medical allowed 3E-4A inmates to be subjected to inmate (Randy Johnson) who was taken to Shands Hospital for surgury on his hip and up-on arriveing at SHANds the Hospital Disco-vered he had Cov. 19 when Nose swab was done there. and "RANdy" had been in the block for about .3 Wk's before going to SHANds.

B).  The Jail medical staff has refused to Retest other inmates who was here in the Cell Block with "Randy" even after we Inmates repeately requesting such in fear that, we May have been infected by such exposure. and was on Quarontine for 14 days No court or any thing could Not Leave the cell block And have any contact with other inmates / persons outside 3E-4A (Let Record Reflect). Have filed medical haquests / gravienes at No result.

D). C).  Even when Jail officials broaght Randy back to Jail with paper work from SHANds still the Jail medical Dept. sent (RANdy) back up to the Cell Block (3E-4A) after being told He tested Postive with Cov. violated inmates 8/14th Amend-#9 ment Rights under U.S. Const. Ant 7/9 under Fla. Const. Subjecting me to Cov "Knowingly" (9)

d) In the Cell block of 3E-4A-77 with Petitioner is A Inmate Name: BiAN Baylock , #202/021396 who medical file shows he has (TB) Tuberculosis and has Not been treated yet though he's requested it to be done because his file is (Red Flaged) for (TB).

His mother have gotten his medical Record file, he released the records to be given to her as (Evidence) to this fact (medical is allowing this deadly disease to spread) (Due to being over worked/under staffed here.) Reckless

E) Petitioner states such "gross" Disregard/ Unprofessional medical care /treatment is Not Just an (Isolated) one it is wide spreaded and is the medical care provider/employes practice.

Such failure to treat such easy spread-ed Disease's to prevent the spread to Other's is deliberate Indifference to the health/well being of all other inmates here in 3E-4A and shows (medical staff's) has A Reckless disreg-ard for their Safety of other Inmates, and Health/ dangerous deliberately assist in their spread of these in Diseases among other inmates (was intentional.)

F) This conduct violates Due process/ Constitutes Cruel /unusual punishment

10

20

"Which is not a part of punishment sentence or crime he's awaiting trial for." See ~~Estey~~ v. ~~Gamble~~ 429 U.S. 97, 101, 97 S.Ct. 285, 290, 50 L.Ed. 2d 251 (1976) Where the Court ruled that the 8th Amendment ban on Cruel/unusual punishment.

14) Petitioner, asserts the idea of medical Sick Call Requests has no (Yellow copy) attached to it See Exhibit (A) This doc- kment shows it was copied from maybe the complete form, as a effort to Save COST of buying the complete form to provide inmates with the (Yellow copy) as their receipt of filing a Sick Call Request, as Shown on the very bottom of Exhibit (A) (Let the record reflect).

15) "This is also a denial of inmates a successfull meaningful opportunity with the Court for redress of a medical (denial) Claim or withholding medical treatment/care Needed/requested. See ~~Lewis~~ 518 U.S. at 353 -# Violation of his ~~1st 14th~~ Right."

These Sick Call Request Slips is Not an Original/Complete form, it Shows its been duplicated from the Front page of a Original Set that Was Complete. (Let the Record Speak this Fact See EX (A).

(11)
1h

21

GROUNd #3

Supporting facts

#3 "NO WORKING VENTITATION"
TO RECYCLE THE AIR, CONSTITUTES UNS-
AFE/INHUMANE LIVING CONDITION,
VIOLATES 8th/14th AMENDMENT RIGHTS

1). There is (12) alleged Vents for
ventitations here in LL-1-2 Dorm and
Not a one sucks Rir to circulates
or Recycles the air, which is why all-
most Every Inmate in here Nose is stop-
ed up full OF cold daily. And causeing all
OF us inmates to be sick, caint hardly
breaso due to No VENTITATION that works.

A). They eather are stopped up and cant
suck air or they just isn't workable,
which why they are Not sucking Any
air in to Recycle/or circulate the air
as "designed" to do [I Looked it's No Ducks Layed]"

2). Defendant's Curry/williams are infli-
cting unnecessary suffering/or pain, hardship
trying to (breath) in this Jail, petitioner,

12 Suffered the same (breathing) problem with 22

Nose stoped up daily even on 3rd floor
Where he was housed, All inmates (breathing)
the same "Stale" infected air daily.

3) We inmates here be blowing our
(Noses) all day long/through the night as
we awake; this makes our Nose's sore,
and some blows so much/hard until
they bleeds, this is Cruel and UNUSUAL
Punishment and Not Connected with esta-
blished sentence for Crime Committed
by Inmate's in no way, and is Not a
part of the penalty that Criminal's Offe-
Nders pay for their offense against socie-
ty No ventitation is Cruel and UNUSUAL
punishment, and harsh, and poses a serious
health Risk & hazard also dangerous to all
inmates ~~see~~ ~~the~~ ~~exposed~~ ~~Hoss~~ ~~of~~
~~Salz/Stap~~ ~~to~~ ~~Lead~~ ~~at~~ ~~Sn, let~~ ~~~~ ~~~~
(A) ~~The 8th Amendment claim is stated in~~
~~former 511 U.S. at 832-34 "The City, County/~~
~~or State shall provide reasonably adequ-~~
~~ate Ventilation where they house their~~
~~inmates,~~ ~~~~ ~~~~
~~~~ ~~~~
~~~~ ~~(TH. Cr 2008).~~
(b). Petitioner, states herein there is No Veni-
Lation at all, No (Circulation) of fresh air
at all in this Dorm LL-f-1, LL-1-2&3   (23) 23

for petitioner, took a piece OF (Toilet) tissue and placed it up to the "alleged" Vents to See if they were sucking air, And it would Not grab hold OF the Tissue to the vent. This is the EXAmple OF proof that Not a ONE OF the VENTs were working petitio NER tried all (12) OF the Alleged vents to See if a "ONE" OF them were sucking iN Air, there was Not a Single ONE (AND No Ducts)

C) Defendants, are acting with Reckless/ Careless disregard to petitioner/other inmates they Defendant's williams/cuARY conduct violates plaintiff's/others ~~~~ Rights under U.S. CONST, ~~~~ LZ intentionally And with (Bad faith to their Rights/owed petitioner the Duty to provide reasonably adequate ventil-ation to inmates they hold iN their Care, Custody/ Control. (Let the Record/Law's OF Reflect). "(There is No Duck's connected to the Alleged vents.)

D) Petitioner, asserts this No adequate vent-ilation to get Fresh Clean air is A serious Health hazard/IMMINENt danger to petit-ioner's health/well being as well as All other inmates Here.

14

14


24

"MEMORANDUM"
OF LAW IN SUPPORT
# 1

BELL V. WOLFISH 441 U.S. 520, 99 S. CT. 1861,
60 L. Ed. 2d 447 (1979).

Bell V. Wolfish (Supra) 441 U.S. At 542, 99 S. CT.
at 1825
#2

Estelle, Supra #2 at 105, 50 L. Ed. 2d 251, 97 S. CT. 285

U.S. Amendment 8th/14th

Fla. STATE CONST. 7th/9th

ESTELLE V. Gamble, 429 U.S. 97, 102, 97
S. CT. 285, 290, 50 L. Ed. 2d 251 (1976)
ESTELLE (Supra) 429 U.S. 97, 104, 50 L. Ed. 2d 251, 97 S. CT. 285 (1976)

Lewis 518 U.S. at 353 n. 4"

U.S. CONST. Amendment 1st
Terry V. Lewis 518 U.S. at 353 N. 4
Terry V BANKS 2009 U.S. DIST. LEXIS 126217
# 3

RHodes V. Chapman, 452 U.S. 337, 347, 69 L. Ed.
2d 59, 101 S. Ct. 2392 (1981)

Former, 511 U.S. at 832-34

RAMOS V. LAMM, 639 F. 2d 559,

Board V. Farnham, 394 F. 3d 469, 486-87 (7th
Cir 2005

BARNett V. TONY, 2021 U.S. DIST. LEXIS
224054 11th COV (9 in Jail

Gregg V. Georgia, 428 U.S. 153, 173, 49 L. Ed. 2d
859, 96 S. Ct. 2909 Pa. 267 = 2909 (1976)

INgraham V. Wright, 430 U.S. 651, 670, 51 L. Ed. 2d
711, 97 S. Ct. 1401 (1977)

26 26 Page 1 of 2

cont. MEMORANDUM

Estelle (supra) 429 U.S. 97, 104, 50 L.Ed
2d 251, 97 S.Ct 285 (1976)

## # 4

Kress V. CCA OF Tenn, LLc, 2011 U.S.-Dist
LEXIS 40964

Kelly V. Bower, 2019 U.S. Dist. LEXIS 118007
Lane V. Love, 2021 U.S. Dist. LEXIS 130082
Searcy V. Macomb County Jail, 2011 U.S.Dist.
LEXIS 106872

   2016 U.S. Dist LEXIS 13905

Rollo V. Johnson 2020 U.S. Dist.
LEXIS 69730

Dominique V. Neal, 2020 U.S. Dist.
LEXIS 84831


Page 2 of 2